# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE   :   NO. 472
MAGISTERIAL DISTRICTS WITHIN THE  :
52nd JUDICIAL DISTRICT OF THE     :   MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 52nd Judicial District (Lebanon County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial District 52-2-01 within Lebanon County as it currently exists, to be effective immediately, is granted; and that the Petition, which provides for the realignment of Magisterial Districts 52-1-01, 52-3-01, 52-3-03, 52-3-04, and 52-3-05, within Lebanon County, to be effective October 4, 2022, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 52-1-01<br>Magisterial District Judge Maria M. Dissinger | City of Lebanon (Wards 1, 2, 3 and 6) |
| Magisterial District 52-2-01<br>Magisterial District Judge Aurelis Figueroa | City of Lebanon (Wards 4, 5, 8, 9 and 10) |

| | |
|---|---|
| Magisterial District 52-3-01<br>Magisterial District Judge Anthony J. Verna, Sr. | Cornwall Borough<br>Mount Gretna Borough<br>Myerstown Borough<br>Richland Borough<br>Bethel Township<br>Heidelberg Township<br>Jackson Township<br>Millcreek Township<br>South Lebanon Township<br>West Cornwall Township |
| Magisterial District 52-3-03<br>Magisterial District Judge Kim R. Wolfe | Jonestown Borough<br>City of Lebanon (Ward 7)<br>North Lebanon Township<br>Swatara Township<br>West Lebanon Township |
| Magisterial District 52-3-04<br>Magisterial District Judge John W. Ditzler | Cleona Borough<br>Annville Township<br>North Annville Township<br>North Cornwall Township<br>South Annville Township<br>Union Township |
| Magisterial District 52-3-05<br>Magisterial District Judge Carl R. Garver | Palmyra Borough<br>Cold Spring Township<br>East Hanover Township<br>North Londonderry Township<br>South Londonderry Township |